NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DELMAR CASTLEBERRY,          )
                             )
          Appellant,         )
                             )
v.                           )          Case No. 2D18-433
                             )
STATE OF FLORIDA,            )
                             )
          Appellee.          )
_____)

Opinion filed July 6, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Manatee County; Susan Maulucci,
Judge.

Delmar Castleberry, pro se.


PER CURIAM.

          Affirmed. See § 775.082(1), Fla. Stat. (1983); Williams v. State, 707 So.

2d 683 (Fla. 1998); Bolender v. State, 658 So. 2d 82 (Fla. 1995); Hughes v. State, 22

So. 3d 132 (Fla. 2d DCA 2009); Brown v. State, 13 So. 3d 1087 (Fla. 2d DCA 2009);

Wilkinson v. State, 889 So. 2d 110 (Fla. 2d DCA 2004); Haynes v. State, 106 So. 3d

481 (Fla. 5th DCA 2013); Calandra v. State, 64 So. 3d 156 (Fla. 4th DCA 2011); Paul v.

State, 830 So. 2d 953 (Fla. 5th DCA 2002).


CASANUEVA, LUCAS, and BADALAMENTI, JJ., Concur.